U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: **15 CR 102**

**USA v. MARIANA GERZANYCH**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**MARIANA GERZANYCH**

| |
|---|
| NAME (Type or print)<br>Nishay K. Sanan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　　　s/Nishay K. Sanan |
| FIRM　Nishay K. Sanan, Esq. |
| STREET ADDRESS　53 W. Jackson Blvd, #1437 |
| CITY/STATE/ZIP　　Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)　6238015 | TELEPHONE NUMBER　312-692-0360 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")　YES |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")　NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")　YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")　YES |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>　RETAINED COUNSEL　XX　　　　　　　　APPOINTED COUNSEL |